

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00145-CR

| | | |
|---|---|---|
| THOMAS EDWARD DEMOPOULOS, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR11818) |
| v. | § | August 8, 2024 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in two of the trial court's judgments. The Count Three and Count Four judgments are modified to strike the incorporated orders to withdraw $10,000 in funds. We modify the bill of costs to reduce the "Criminal Fine Fee" from $30,000 to $10,000. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
      Justice Dabney Bassel